**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**ABYSSINIA BALLARD**                                                                   **PETITIONER**

**v.**                               **Civil No. 07-6015**

**ARKANSAS POST PRISON TRANSFER**
**BOARD, and JOHN BELKEN,**
**Parole Board Commissioner**                                                         **RESPONDENT**

**O R D E R**

Now on this 13th day of December, 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. Barry A. Bryant** (document #16, filed October 24, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Ballard's Petition is hereby **denied and this case is dismissed without prejudice.**

**IT IS SO ORDERED.**

                                                                    **/s/Jimm Larry Hendren**
                                                                    **HON. JIMM LARRY HENDREN**
                                                                    **UNITED STATES DISTRICT JUDGE**